# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00778-CV

**Vic A. Gardner, Appellant**

**v.**

**Greg Abbott, Attorney General of Texas; The State of Texas; and Glenn Elliott, Individually, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-09-003804, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Vic A. Gardner has filed a motion to dismiss his appeal, informing this Court that he no longer wishes to pursue his appeal against appellees Greg Abbott, Attorney General of Texas; The State of Texas; and Glenn Elliott, Individually. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Appellant's Motion

Filed: January 20, 2011